IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OFC HOLDINGS LLC,
　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　Case No.: 5:09cv290/RS/MD

TAUNTON TRUSS, INC., et al.,
　　　Defendants.
_____

## REPORT AND RECOMMENDATION

　　　This cause is before the court upon referral from the Clerk. On January 11, 2010, all parties to this litigation executed a Joint Stipulation for Entry of Judgment Upon Default and Providing for Dismissal with Prejudice Upon Completion of Payments ("Joint Stipulation"). (Doc. 16, Ex. A). Under the Joint Stipulation, defendants were required to make payment of $374,096.97 (the "Settlement Sum") on or before March 15, 2010. By agreement, any failure by defendants to make the required payment would entitle plaintiff to move the court for entry of a default judgment against them, jointly and severally, for the total unpaid balance due plus interest "at the applicable federal judgment rate." (*Id*.). According to plaintiff's uncontested Status Report and Request for Entry of Judgment Upon Default, which includes a supporting affidavit and proposed judgment (doc. 18), no payments have been received from either defendant. Defendants have not responded in opposition to plaintiff's request for entry of a default judgment.

　　　Defendants' failure to pay the Settlement Sum puts them in default of the terms of the agreement, and plaintiff is entitled to a default judgment against both defendants, jointly and severally, for the unpaid balance due under the agreement.

Accordingly, it is respectfully RECOMMENDED:

1. That the clerk be directed to enter defaults against the defendants.
2. That plaintiff's proposed judgment be entered. (*See* Doc. 18, Ex. 1).
3. That this file be closed.

At Pensacola, Florida this 8th day of April, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).