IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OFC HOLDING, LLC, a Georgia
Limited Liability Company,

    Plaintiff,

vs.                         CASE NO. 5:09cv290/RS-MD

TAUNTON TRUSS, INC., a Florida
corporation, and ABIGAIL TAUNTON,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 19). Defendants have not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The clerk is directed to enter defaults against Defendants.

3. The clerk is directed to enter judgment for $374,096.97 for Plaintiff against Defendants, Taunton Truss, Inc. and Abigail Taunton.

4. The clerk is directed to close the file after entry of judgment.

**ORDERED** on May 14, 2010.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**